IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 03 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES

v.                                                   CRIMINAL NO. 2:15cr2ns-MTP

WILLIAM DAVID MIDDLETON                              18 U.S.C. § 641

**The United States Attorney Charges:**

That on or about July 13, 2009 in Forrest County in the Eastern Division of the Southern District of Mississippi and elsewhere, the defendant, **WILLIAM DAVID MIDDLETON**, aided and abetted by others known and unknown to the Grand Jury, did steal, purloin and knowingly convert to his own use, funds not exceeding $1,000.00 belonging to the United States of America, by receiving Guard Recruiter Assistance Program incentive payments from the Mississippi National Guard, to which the defendant knew he was not entitled.

All in violation of Sections 641 and 2, Title 18, United States Code.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.  Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the

defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(c), Title 18, United States Code and Section 2461, Title 28, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney